

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00669-CR

Leobardo **ARAMBULA**,
Appellant

v.

The **STATE** of Texas.
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-13-288
Honorable Romero Molina, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and we RENDER a judgment of acquittal.

SIGNED September 16, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice